### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE L. JONES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-547-GMS |
| | ) |
| HERITAGE-CRYSTAL CLEAN, LLC, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

SCHMITTINGER & RODRIGUEZ, P.A.

*/s/ William D. Fletcher, Jr.*

William D. Fletcher, Esq. (No. 362)
Gary E. Junge, Esq. (No. 6169)
414 State Street
P.O. Box 497
Dover, DE 19903
Telephone: (302) 674-0140
Email: wfletcher@schmittrod.com
         gjunge@schmittrod.com

*Attorneys for Plaintiff*

Dated: February 5, 2018

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Lauren E.M. Russell*

Lauren E.M. Russell, Esq. (No. 5366)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 576-3255
Facsimile: (302) 576-3750
Email: lrussell@ycst.com

*Attorneys for Defendant*

Dated: February 5, 2018

**IT IS SO ORDERED**, this 7th day of Feb, 2018.

Hon. Gregory M. Sleet